```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN TRUCKENBRODT, individually and
on behalf of all others similarly situated,                        JUDGMENT

                            Plaintiff,                             19-cv-2870 (ERK) (SMG)

        THE CBE GROUP, INC.,

                            Defendant.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on October 21, 2020, granting Defendant's motion for summary judgment; and dismissing this case without prejudice, *See Carter*, 822 F.3d at 54–55; it is

ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted; and that this dismissal is without prejudice. *See Carter,* 822 F.3d at 54–55.

Dated: Brooklyn, New York        Douglas C. Palmer
       October 22, 2020        Clerk of Court

                                      By:    */s/Jalitza Poveda*
                                                  Deputy Clerk